```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2018
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SUSHIL HUMAGAIN and SHIBA PANDEY,

                                        Plaintiffs,

            - against –

VILLAGE POP NYC INC., and/or any other entities
affiliated with or controlled by VILLAGE POP NYC
INC.,

                                        Defendants.

Docket No: 16-cv-6818-GHW

**JUDGMENT**

This action having been commenced on August 31, 2016, and a copy of the Summons and

Complaint, dated August 30, 2016, having been served on Defendant, Village Pop NYC Inc.

("Village Pop"), on October 11, 2016 and proof of Service having been filed on October 11, 2016;

and Defendant not having appeared with new counsel, and the time for appearing with new counsel

having expired, and the Clerk of the Court having issued its certificate of default on March 5, 2018;

**ORDERED, ADJUDGED, AND DECREED,** that Plaintiff Sushil Humagain has a

judgment against Defendants in a sum of $38,536.71, plus liquidated damages totaling $38,536.71,

plus the amount owed for notice violations pursuant to NYLL §§ 195(1) and 195(3) totaling

$10,000.00, plus prejudgment interest at 9% per annum from February 1, 2015 to May 4, 2018

totaling $11,288.62, for a total of $98,362.04;

**AND IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that Plaintiff

Shiba Pandey has a judgment against Defendants in a sum of $56,121.21, plus liquidated damages

totaling $56,121.21, plus the amount owed for notice violations pursuant to NYLL §§ 195(1) and

195(3) totaling $10,000.00, plus prejudgment interest at 9% per annum from July 1, 2014 through

May 4th, 2018 totaling $19,414.86, for a total of $141,657.28;

**AND IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that Plaintiffs'

counsel Virginia & Ambinder, LLP be awarded $21,097.50 in attorneys' fees and $814.76 in costs;

**AND IT IS FURTHER ORDERED, ADJUDGED, AND DECREED,** that if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).


Dated: New York, New York
       May 4, 2018


By:    _____
            GREGORY H. WOODS
          United States District Judge